AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-01337-RML**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 16 2026   ★

This summons for   Sallie Mae Bank
was received by me on  4/05/2026:

BROOKLYN OFFICE

☐    I personally served the **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION; COMPLAINT; EXHIBITS** on the individual at *(place)* on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Corporation Service Company**, who is designated by law to accept service of process on behalf of **Sallie Mae Bank** at **15 W South Temple Ste 1701, Salt Lake City, UT 84101 on 04/06/2026 at 12:17 PM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and $ **95.00** for services, for a total of $ **95.00**.

I declare under penalty of perjury that this information is true.

Date:  04/07/2026

_____
Server's signature

**Jeremy Kristic**
*Printed name and title*

**11192 s. Ropemaker rd**
**South Jordan, UT 84095**

_____
Server's address



RECEIVED
APR 16 2026
PRO SE OFFICE

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION; COMPLAINT; EXHIBITS,  to Corporation Service Company, REGISTERED AGENT with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 18-25 years of age, 5'8"-5'10" tall and weighing 120-140 lbs.**

REC'D IN PRO SE OFFICE
APR 16 '26 AM 11:50



Tracking #: 0217069960



John Lonie
1731 Coleman Street
Brooklyn, N.Y. 11234

MID-ISLAND NY 119

13 APR 2026  PM 6  L



F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 16 2026 ★
BROOKLYN OFFICE

United States District Court for the
New York Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

11201-183299