UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOHN LONIE,

                              Plaintiff,

        -against-                                        Case No. 26-cv-01337-RML

SLM CORPORATION a/k/a SALLIE MAE a/k/a
SALLIE MAE BANK,

                              Defendant.

## <u>NOTICE OF SETTLEMENT</u>

NOTICE IS HEREBY GIVEN that Plaintiff John Lonie and Defendant SLM Corporation a/k/a Sallie Mae a/k/a Sallie Mae Bank (collectively, the "Parties") have resolved the claims between them in this matter and have reached a settlement in principle. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers.

Dated: New York, New York
       May 15, 2026

**HINSHAW & CULBERTSON, LLP**
*Attorneys for SLM Corporation a/k/a*
*Sallie Mae a/k/a Sallie Mae Bank*


*/s/ Mariam G. Chubinidze*
Mariam G. Chubinidze
800 Third Avenue, 13th Floor
New York, NY 10022
Tel: 212-655-3892
mchubinidze@hinshawlaw.com

93051\329624897.v1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 15th day of May 2026 via the CM/ECF filing system and a copy of this Notice of Settlement was e-mailed and mailed to the Plaintiff by first class mail to:

John Lonie
1731 Coleman Street
Brooklyn, New York 11234

By:    */s/ Mariam G. Chubinidze*
Mariam G. Chubinidze

2

93051\329624897.v1